No. 15-25-00005-CV

ACCEPTED
15-25-00005-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/11/2025 1:01 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/11/2025 1:01:06 PM
CHRISTOPHER A. PRINE
Clerk

# In The
# Fifteenth Court Of Appeals

◆

## JOHNNY PARTAIN
*Appellant*

v.

## STATE OF TEXAS
*Appellee*

◆

# Appellant's Unopposed Motion For Extension Of Time to Submit Appellant's Brief

◆

JOHNNY R. PARTAIN
7020 N 16th Street
McAllen, Texas 78504
956-240-1821

# In The
# Fifteenth Court Of Appeals

JOHNNY PARTAIN
*Appellant*

v.

STATE OF TEXAS
*Appellee*

## Appellant's Unopposed Motion For Extension Of Time to Submit Appellant's Brief

TO THE HONORABLE JUSTICES OF THIS COURT:

COMES NOW JOHNNY PARTAIN, Appellant in the above styled and numbered cause and files his *Appellant's Unopposed Motion For Extension Of Time To Submit Appellant's Brief*, and respectfully shows unto the Court the following.

The existing deadline to file the Appellant's Brief is March 10, 2025. Appellant seeks a 15 day extension since his brief is not complete and the Appellant's time has been extraordinarily consumed for the past 30 days through additional legal and business duties including a Motion For "New" Trial, multiple

discovery requests, negotiating a new contract, pursuing multiple public information requests, making a claim on a payment bond for a government project, pursuing requests for certificates of service through the Texas Secretary of State, and their attorney, for services that have already been completed within this period, and a business audit.  There have been no previous extensions.

Accordingly, Appellant motions this Court to extend the deadline 15 more days to March 25, 2025, to file the Appellant's Brief.  Appellant motions for all equitable and legal relief he may be entitled.

Respectfully Submitted,

Johnny Partain
7020 N 16th Street
McAllen, Texas 78504
partain@atlastechnologies.biz
956-240-1821

## CERTIFICATE OF CONFERENCE

As required by TRAP 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties through Ms. Ali Thorburn, Assistant Attorney General Litigation Division, Ali.Thorburn@oag.texas.gov, about the merits of this motion. Ms. Thorburn responded unopposed.

Date: March 11, 2025

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the foregoing document has been serviced by email to Ms. Ali Thorburn, Assistant Attorney General General Litigation Division, Ali.Thorburn@oag.texas.gov on this March 11, 2025.

Johnny Partain
7020 N 16th Street
McAllen, Texas 78504
partain@atlastechnologies.biz
956-240-1821

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 98317925
Filing Code Description: Motion
Filing Description: Appellants Motion To Extend Time To File
Status as of 3/11/2025 2:05 PM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ali Thorburn | | Ali.Thorburn@oag.texas.gov | 3/11/2025 1:01:06 PM | SENT |